

# THE THIRTEENTH COURT OF APPEALS

## 13-19-00344-CV

TRINITY SCRAP PROCESSORS, INC. D/B/A PORT OF BROWNSVILLE
RECYCLING AND INTERCOASTAL SALVAGE, INC.
v.
BROWNSVILLE NAVIGATION DISTRICT OF CAMERON COUNTY, TEXAS

On Appeal from the
138th District Court of Cameron County, Texas
Trial Cause No. 2019-DCL-00037

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

August 1, 2019